FILED
2/28/08
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW S. ORTH

CASE NO. 3:08-cr-314-J-34MCR
Ct. 1:       18 U.S.C. § 2252(a)(1)
Ct. 2:       18 U.S.C. § 1466A(b)(1)
Ct. 3:       18 U.S.C. § 2252(a)(4)(A)
Forfeiture:  18 U.S.C. § 2253 and
             18 U.S.C. § 1467

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about February 2007 to on or about August 13, 2007, in Mayport, in the Middle District of Florida, onboard the U.S.S. Roosevelt (DDG-80), and elsewhere,

MATTHEW S. ORTH,

the defendant herein, did knowingly transport and ship and cause to be transported and shipped in interstate and foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depictions were of such conduct, and which visual depictions are specifically identified in the computer files, among others:

1. T-75784196_Color Climax 1975 Pthc - Really Cute 9yo Danish Boy BonerErect Child Deserves Sex TOO_!! Work It Off With 2 Woman_Dad Takes The Young One (Trade Only) pedo porn;

2. T-104121772-(Hussyfan) (pthc)(r@ygold) (babyshivid) Father joins daughter

8 Yo and son 11 Yo;

3. NEW sisters maria & ellen 11-12yo 1sm 1sr bd company pedo kiddy childlover anal (42);

4. ((Hussyfan)) PthcR_11 yo many orgasms!!!!!;

5. other41116_anonib; and

6. darlene_and_shasta.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT TWO

From on or about February 2007 to on or about August 13, 2007, at places within the special maritime and territorial jurisdiction of the United States, namely, Naval Station Mayport, in the Middle District of Florida, and onboard the U.S.S. Roosevelt (DDG-80), a vessel of the United States,

MATTHEW S. ORTH,

the defendant herein, did knowingly possess one or more visual depictions that depict a minor engaging in sexually explicit conduct and are obscene, namely, obscene anime cartoons specifically identified in the computer files "118186473794," "1180709329886," "11845853006," and "kinjirareta_asobi_038e," among others.

In violation of Title 18, United States Code, Section 1466A(b)(1).

## COUNT THREE

From on or about February 2007 to on or about August 13, 2007, at places

within the special maritime and territorial jurisdiction of the United States, namely, Naval Station Mayport, in the Middle District of Florida, and onboard the U.S.S. Roosevelt (DDG-80), a vessel of the United States,

MATTHEW S. ORTH,

the defendant herein, did knowingly possess one (1) or more matters which contained visual depictions, that is, a Hewlett Packard Pavilion laptop (serial number CND531OBTF), the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the computer file "T-51277651-10(Hussyfan)(pthc)(r@ygold)(babyshivid) Vicky Lil Sis," among others.

In violation of Title 18, United States Code, Section 2252(a)(4)(A).

## FORFEITURE

1.  The allegations contained in Counts One and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.  The defendant, MATTHEW S. ORTH, shall forfeit to the United States of America, any visual depiction described in section Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense, including but not limited to a Hewlett Packard

Pavilion laptop with serial number CND531OBTF.

3. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 1467.

4. The defendant, MATTHEW S. ORTH, shall forfeit to the United States of America, any obscene material produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Hewlett Packard Pavilion laptop with serial number CND531OBTF.

A TRUE BILL,

*Mary Jane Couture*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW S. ORTH

## INDICTMENT

Violations:

Ct. 1:   18 U.S.C. § 2252(a)(1)
Ct. 2:   18 U.S.C. § 1466A(b)(1)
Ct. 3:   18 U.S.C. § 2252(a)(4)(A)

A true bill,

_Mary Jane Couture_
Foreperson

Filed in open court this _28th_ day
of August, A.D. 2008.

_signature_
Clerk

Bail $

GPO 863 525